# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DANIEL HAGOS, | |
| Plaintiff, | Case No. 2:15–cv–1606–APG–VCF |
| vs. | **ORDER** |
| WASHINGTON MUTUAL BANK, F.A., *et al*., | MOTION TO STAY DISCOVERY (#9) |
| Defendant. | |

On September 16, 2015, Defendant JP Morgan Chase moved for a discovery stay pending a decision on its Motion to Dismiss (#5). Plaintiff Daniel Hagos has not opposed the Motion to Dismiss or the Motion to Stay Discovery. This constitutes consent to the granting of the Motion to Stay. *See* LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.").

The court also grants the Motion to Stay on its merits. Discovery may be stayed pending a decision on dispositive motion if, after taking a "preliminary peek" at the pending dispositive motion, court is "convinced" that the dispositive motion will be granted. *TradeBay, LLC v. Ebay, Inc*., 278 F.R.D. 597, 600 (D. Nev. 2011). JP Morgan Chase contends, *inter alia*, that Hagos' action is barred by a one-year statute of limitations. This is an appropriate basis for a discovery stay. *See id*.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Defendant JP Morgan Chase's Motion to Stay (#9) is GRANTED.

IT IS FURTHER ORDERED that that discovery is STAYED for four months or until the District Judge adjudicates Defendant JP Morgan Chase's Motion to Dismiss, whichever occurs first.

1

IT IS FURTHER ORDERED that, in the event Defendant JP Morgan Chase's Motion to Dismiss is denied, the parties MUST file a proposed Discovery Plan and Scheduling Order within 20 days of the denial of the motion.

IT IS SO ORDERED.

DATED this 6th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE