1
2
3
4                    UNITED STATES DISTRICT COURT
5                         DISTRICT OF NEVADA
6                                * * *
7    DANIEL HAGOS,                          Case No. 2:15-CV-1606 JCM (VCF)
8                          Plaintiff(s),                    ORDER
9         v.
10   WASHINGTON MUTUAL BANK, F.A. et al.,
11                         Defendant(s).
12
13        Presently before the court is the matter of *Hagos v Washington Mutual Bank FA et al.*, case
14   number 2:15-cv-1606-JCM-VCF.
15        On July 6, 2016, the court dismissed all of plaintiff's claims with prejudice except for his
16   claim under NRS Chapter 645, which the court dismissed without prejudice with leave to amend.
17   (ECF No. 34).
18        To date, plaintiff has not filed an amended complaint.  Accordingly, plaintiff has fourteen
19   (14) days within the entry of this order to file an amended complaint.  Failure to file an amended
20   complaint will result in dismissal of the instant action.
21        Accordingly,
22        IT IS HEREBY ORDERED that plaintiff shall file an amended complaint within fourteen
23   (14) days of the entry of this order.
24        IT IS FURTHER ORDERED that the clerk shall close the case if plaintiff fails to file an
25   amended complaint within the aforementioned deadline.
26   . . .
27   . . .
28

**James C. Mahan**
**U.S. District Judge**

1        IT IS FURTHER ORDERED that defendants' motion to dismiss (ECF No. 37) be, and the

2  same hereby is, DENIED as moot.

3        DATED December 1, 2016.

4

                                                                               

5                   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -