UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIEL HAGOS,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>WASHINGTON MUTUAL BANK, F.A. et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:15-CV-1606 JCM (VCF)<br><br>ORDER |

　　　　Presently before the court is the matter of *Hagos v. Washington Mutual Bank FA et al.*, case number 2:15-cv-1606-JCM-VCF.

　　　　On December 1, 2016, the court set a deadline of fourteen (14) days for plaintiff to file an amended complaint. (ECF No. 39). To date, no amended complaint has been filed, and the period to do so has now passed. Thus, pursuant to the court's December 1st order, the instant case will be closed.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that the case of *Hagos v. Washington Mutual Bank FA et al.*, case number 2:15-cv-1606-JCM-VCF, be, and the same hereby is, CLOSED.

　　　　DATED December 16, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**